FILED

12/16/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 25-0163

DA 25-0163

IN THE SUPREME COURT OF THE STATE OF MONTANA

2025 MT 292N

MARY K. EMBLETON,

        Petitioner and Appellant,

    v.

JAMES L. LARSON and JOE BRIGGS,
in their official capacities as CASCADE
COUNTY COMMISSIONERS; and CASCADE
COUNTY, a Political Subdivision  of the
State of Montana,

        Respondents and Appellees.

APPEAL FROM:   District Court of the Eighth Judicial District,
In and For the County of Cascade, Cause No. BDV-24-0548
Honorable Elizabeth A. Best, Presiding Judge

COUNSEL OF RECORD:

      For Appellant:

          Mary K. Embleton, Self-Represented, Sand Coulee, Montana

      For Appellees:

          Elizabeth W. Lund, Boone Karlberg P.C., Missoula, Montana

                     Submitted on Briefs:  December 3, 2025

                                Decided:  December 16, 2025

Filed:

                    _____
                             Clerk

Justice Laurie McKinnon delivered the Opinion of the Court.

¶1 Pursuant to Section I, Paragraph 3(c), Montana Supreme Court Internal Operating Rules, this case is decided by memorandum opinion and shall not be cited and does not serve as precedent. Its case title, cause number, and disposition shall be included in this Court's quarterly list of noncitable cases published in the Pacific Reporter and Montana Reports.

¶2 Petitioner and Appellant Mary K. Embleton (Embleton) filed a petition for injunctive relief against Cascade County (County) in the Eighth Judicial District Court, Cascade County. Embleton is apparently aggrieved by an alleged $54.00 increase in her solid waste district assessments. She requested an expedited hearing on her claims. After full briefing, the District Court denied her request without a hearing, determined that her claims were not meritorious, and dismissed and closed the case.

¶3 The County, while averring that the court was correct on the merits, represents that the issuance by the District Court of a final judgment dismissing the case without a hearing was premature. The County requests that this matter be remanded, pursuant to *Davis v. Westphal*, 2017 MT 276, 389 Mont. 251, 405 P.3d 73, for a hearing.

¶4 Based on the County's concession, the District Court's judgment dismissing Embleton's claims is reversed. This matter is remanded for the District Court to conduct a hearing.

¶5 We have determined to decide this case pursuant to Section I, Paragraph 3(c) of our Internal Operating Rules, which provides for memorandum opinions. In the opinion of the

Court, the case presents a question controlled by settled law or by the clear application of applicable standards of review.

¶6     Reversed and remanded.


                                        /S/ LAURIE McKINNON


We Concur:

/S/ CORY J. SWANSON
/S/ JAMES JEREMIAH SHEA
/S/ BETH BAKER
/S/ INGRID GUSTAFSON